**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1952

DONALD J. STRABLE,

                                        Plaintiff - Appellant,

          versus

STATE OF SOUTH CAROLINA,

                                        Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  R. Bryan Harwell, District Judge.
(6:06-cv-03541)

Submitted:  November 15, 2007        Decided:  November 20, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Donald J. Strable, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald J. Strable seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Strable's motion to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Strable v. South Carolina</u>, No. 6:06-cv-03541 (D.S.C. Aug. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>